## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02089-BNB

GENE ALLEN,

    Plaintiff,

v.

THE PEOPLE OF THE STATE OF COLORADO, and
ADAMS COUNTY COURT CLERK, BRIGHTON, COLO.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On September 21, 2009, Plaintiff filed a request for leave to amend (Doc. #7). Plaintiff's request is DENIED. Plaintiff continues to have until **October 16, 2009**, to show cause as directed in the Court's September 16, 2009, Order to Show Cause.

Dated: September 23, 2009